Naval Consolidated Brig, Miramar and Commanding Officer, Naval Consolidated Brig, Charleston, Appellees.

On consideration of the writ-appeal petitions, it is ordered that said writ-appeal petitions are hereby denied.

No. 11–0567/AR. U.S. v. Eric L. Nordin. CCA 20090044. Appellee's motion to extend time to file an answer to the supplement to the petition for grant of review granted to August 29, 2011.

No. 11–0625/AR. U.S. v. Larry E. Henderson, Jr. CCA 20090613. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to August 15, 2011.

Wednesday, July 27, 2011

No. 11–0486/NA. U.S. v. Akeem A. Wilkins. CCA 201000289. Review granted on the following issue:

WHETHER APPELLANT'S RIGHT TO DUE PROCESS OF LAW WAS VIOLATED WHEN HE WAS CONVICTED FOR ABUSIVE SEXUAL CONTACT AS A LESSER INCLUDED OFFENSE OF AGGRAVATED SEXUAL ASSAULT.

The decision of the United States Navy–Marine Corps Court of Criminal Appeals is vacated; and the record of trial is returned to the Judge Advocate General of the Navy for remand to the United States Navy–Marine Corps Court of Criminal Appeals for reconsideration in light of *United States v. McMurrin*, 70 M.J. 15 (C.A.A.F. 2011), *United States v. Girouard*, 70 M.J. 5 (C.A.A.F. 2011), *United States v. Bonner*, 70 M.J. 1 (C.A.A.F. 2011), and *United States v. Alston*, 69 M.J. 214 (C.A.A.F. 2010).

No. 11–0400/AR. U.S. v. Michael T. McNaughton. CCA 20090596. Review granted on the following issue:

WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL